UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **EARL R. ROBERTS** | **CIVIL ACTION NO. 6:16-cv-555** |
| **VERSUS** | **JUDGE DOHERTY** |
| **ACCOUNTS RECEIVABLE MANAGEMENT PROFESSIONAL SERVICES, LLC., ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

**O R D E R**

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss under **LR 41.3** for the reason that service of the summons and complaint was not made within 90 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED** that this action be dismissed as to **Accounts Receivable Management Professional Services, LLC., and Alex Briscoe.** This action may be reinstated within thirty (30) days for good cause shown.

THUS DONE, September 16, 2016.

FOR THE CLERK, TONY R. MOORE:

_____
PAMELA P. MITCHELL
STAFF ATTORNEY